AUGUST H. MILLER, Respondent, *v.* JOSEPH JACOBS, Defendant, and JOSEPH VOROBA, Appellant.

(Argued October 16, 1928; decided November 20, 1928.)

*George F. Hickey* and *William Butler* for appellant.
*Harry A. Gair* and *Henry G. Fritche* for respondent.

 no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, KELLOGG and O'BRIEN, JJ. Not sitting: LEHMAN, J.